934

No. 609, Misc. BLAKENEY *v.* MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied. *William W. Pierce* for petitioner.

No. 682. COVINGTON MILLS ET AL. *v.* MITCHELL, SECRETARY OF LABOR, ET AL., 350 U. S. 1002. Rehearing denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application.

No. 10. PENNSYLVANIA *v.* NELSON, 350 U. S. 497;

No. 278. MITCHELL, SECRETARY OF LABOR, *v.* BUDD ET AL., 350 U. S. 473;

No. 637. MYERS *v.* HOLLISTER, DIRECTOR, INTERNATIONAL COOPERATION ADMINISTRATION, ET AL., 350 U. S. 987;

No 667. TRACTOR TRAINING SERVICE ET AL. *v.* FEDERAL TRADE COMMISSION, 350 U. S. 1005;

No. 697. GRANT ET AL. *v.* BENSON, SECRETARY OF AGRICULTURE, ET AL., 350 U. S. 1015; and

No. 459, Misc. SESSIONS *v.* MANNING, SUPERINTENDENT, SOUTH CAROLINA PENITENTIARY, 350 U. S. 1008. Petitions for rehearing denied.

MAY 15, 1956.

No. 904. BOROUGH OF FORT LEE ET AL. *v.* BOARD OF LIQUIDATION OF THE BOROUGH OF FORT LEE. On petition for writ of certiorari to the United States Court of Appeals for the Third Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *William V. Breslin* for petitioners. *James D. Carpenter* for respondent.